Edward G. ONTIVEROS, Petitioner—Appellant,

v.

R. CAMPBELL and Attorney General of the State of California, Respondents—Appellees.

No. 09–17739.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 17, 2012.*

Filed Jan. 27, 2012.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. Appellant. P. 34(a)(2).

Edward G. Ontiveros, Ione, CA, pro se.

Kasey E. Jones, AGCA—Office of the California Attorney General, Sacramento, CA, for Respondents–Appellees.

Before: LEAVY, TALLMAN, and CALLAHAN, Circuit Judges.

MEMORANDUM **

California prisoner Edward G. Ontiveros appeals from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Ontiveros contends that there was not sufficient evidence to support the finding that he was guilty of violating California Code of Regulations, title 15, section 3144(b)(1), and forging an officer's signature on legal mail, resulting in the loss of sentence credits. Contrary to Ontiveros's contention, the record reflects that the state court's determination that the discipline officer's finding was supported by some evidence was not contrary to, or an unreasonable application of, clearly established Federal law. See 28 U.S.C.

§ 2254(d)(1); *Superintendent v. Hill,* 472 U.S. 445, 455–56, 105 S.Ct. 2768, 86 L.Ed.2d 356 (1985).

We construe appellant's additional arguments as a motion to expand the certificate of appealability. So construed, the motion is denied. *See* 9th Cir. R. 22–1(e); *Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. Appellant. P. 34(a)(2).